# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| BRUCE LLOYD, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV417-073 |
| | ) | CR415-184 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Bruce Lloyd moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR414-415, docs. 39 & 40. The Court **DIRECTS** the Government to respond within thirty days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED,** this  14th  day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA